| | |
|---|---|
| 1 | HONORABLE RICHARD A. JONES |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNG L. LEE & KI LEE,<br><br>                     Plaintiffs,<br><br>   v.<br><br>NCO FINANCIAL SYSTEMS, INC. &<br>FRANCISCAN HEALTH SYSTEMS d/b/a<br>ST. FRANCIS HOSPITAL,<br><br>                     Defendants. | NO. 2:11-CV-1086 RAJ<br><br>STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |

      Defendants, NCO Financial Systems, Inc. and Franciscan Health Systems, and Plaintiffs, Jung L. Lee & Ki Lee, through their designated counsel of record, submit this Stipulation to Dismiss Entire Action with Prejudice and state as follows:

      All claims and causes of action against Defendants which were or could have been the subject matter of this lawsuit have been resolved and the parties agree to dismissal of said claims and causes of action without further costs and with prejudice.

      IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their designated counsel, that the above captioned action is dismissed in its entirety without further costs

STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE [2:11-CV-1086]–1

**A n d r e w s ▪ S k i n n e r , P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

and with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

Dated: November 29, 2011    WEINSTEIN & RILEY, P.S.

/s/Jason D. Anderson__ *(With Email Approval)*___
JASON D. ANDERSON, WSBA #38014
2001 Western Avenue, Suite 400
Seattle, WA  98121
Phone: 206-269-3490
Email: jasona@w-legal.com
Attorneys for Plaintiff

Dated: November 29, 2011    ANDREWS ▪ SKINNER, P.S.

/s/Pamela M. Andrews
PAMELA M. ANDREWS, WSBA #14248
645 Elliott Avenue West, Suite 350
Seattle, WA 98119-3911
Phone: 206-223-9248 | Fax: 206-623-9050
Email: Pamela.andrews@andrews-skinner.com;
Attorney for Defendants

## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above captioned action is dismissed in its entirety without further costs and with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

DATED this 29th day of November, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER TO DISMISS ENTIRE ACTION
WITH PREJUDICE [2:11-CV-1086]– 2

**A n d r e w s ▪ S k i n n e r ,  P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*